RECORD OF GRAND JURY BALLOT

C/ 2:19-cr-441

THE UNITED STATES OF AMERICA v. **AMIR GOLESTAN, MICFO, LLC**

(SEALED UNTIL FURTHER ORDER OF THE COURT)