JUDGE DAVID C. NORTON
CRIMINAL PRE TRIALS
SEPTEMBER 2019 TERM OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

TO:    MEMBERS OF THE BAR HAVING CRIMINAL CASES LISTED:

This calendar of cases is for **JUDGE NORTON'S SEPTEMBER 2019 TERM OF COURT.**

Please take notice that a **PRETRIAL CONFERENCE** has been scheduled for    **THURSDAY, AUGUST 22, 2019,  at 10:00 AM,** in Honorable Sol Blatt, Jr. Courtroom, J. Waties Waring Judicial Center, Meeting Street at Broad Street, in Charleston, SC.  Please refer to the list of cases attached.

**JURY SELECTION FOR THIS TERM IS SCHEDULED for <u>TUESDAY, SEPTEMBER 17,  2019, at 9:30 AM.</u>**    A Jury List, Strikes for Cause Form, and Copies of the Jury Questionnaires will be available **<u>seven (7) days</u>** prior to jury selection at Broad Street Printing, 402 Old Trolley Road, Suite 113, Summerville, South Carolina 29485, (843)871-8495 phone and (843)873-0483 fax.

Request for questionnaires and a jury list must be made on the **JUROR QUESTIONNAIRE/LIST REQUEST FORM,** which may be obtained from our website at

- www.scd.uscourts.gov,
- forms
- jury
- Juror Questionnaire/List Request Form

The Juror Questionnaire/List Request Form must be approved by the Clerk's Office  prior to forwarding to Broad Street Printing for purchasing the questionnaires.  Once the clerk has approved the form you may then fax the form to Broad Street Printing (843-873-0483).  The information contained within the questionnaires shall be used solely for evaluating potential jurors for jury service and is not to be distributed for any other purpose.

**THE JUROR INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.**

**VOIR DIRE** requests shall be filed/submitted to the court at **<u>least one week prior</u>** to jury selection.

The attorneys are required to confer and submit a **JOINT LIST OF POTENTIAL STRIKES FOR CAUSE FORM.**  The strikes for cause form is attached and is due by *<u>FRIDAY, SEPTEMBER 13, 2019 AT 9:00 AM</u>.**  If a strikes for cause form is not received by the court, the option for strikes for cause will be considered waived.


Unless a waiver has been filed, **all** defendants are required to be present for the PRETRIAL CONFERENCE  and JURY SELECTION and remain in attendance until his/her case is disposed of, otherwise,  his/her bond will be forfeited and a warrant issued for his/her arrest.

**\*\*Attorneys who represent criminal defendants are responsible for notifying their clients of all hearings to be held at the United States District Court.**


Should you have any questions or need additional information regarding this Calendar, please contact Catina Murray (843)579-2649,  or Jack Bryan (843)579-1437 in the Clerk of Court's Office.


BY DIRECTION OF THE COURT


ROBIN L. BLUME, CLERK
UNITED STATES DISTRICT


August 12, 2019
Charleston, South Carolina

# CRIMINAL  PRETRIALS
**AUGUST 22, 2019**
**10:00 AM**

### *DEFENDANTS in CUSTODY*

2:16-948          USA v.                                Sean Kittrell

                  EMMANUEL KADAR ROGERS                  Cameron Marshall, CJA

2:16-950          USA v.                                Sean Kittrell

                  MARTELL SHARIF SMALLS                  Ann B. Walsh, AFPD
                        (PRO SE)                         (Stand-by Counsel)

2:17-89           USA v.                                Sean Kittrell

                  LOUIS JOSEPH ANDERSON                  Ann Walsh, AFPD

2:17-699          USA v.                                Matt Austin

                  CAMERON BANKS                          Michael O'Connell, Retained
                                                         John Delgado, Retained

1

2:17-975          USA v.                                  <u>Sean Kittrell</u>

                  TIMOTHY DRAYTON                         Cody Groeber, AFPD

2:17-1048         USA v.                                  <u>Emily Limehouse</u>

                  ANTHONY LAVONDE HAMILTON                Ann B. Walsh, AFPD

2:18-165          USA v.                                  <u>Emily Limehouse</u>

                  MICHAEL LAMAR SIMMONS                   Charles George, Retained

2:18-253          USA v.                                  <u>Matt Austin</u>

                  RANDALL ROBERTSON                       Alicia V. Penn, AFPD

| | | |
|---|---|---|
| 2:18-258 | USA v. | <u>Nathan Williams</u> |
| | D'ANGELO ANTONIO COAKLEY (1) | Charles Cochran, AFPD |
| | JULIUS HAMILTON WASHINGTON (2) | John Apicella, CJA |
| | MALIK JUWAN GADIST (3) | Ravi Sanyal, CJA |
| | | |
| 2:18-259 | USA v. | <u>Christopher Schoen</u> |
| | JOSEPH ROBERTO MAJOR | Ann B. Walsh, AFPD |
| | | |
| 2:18-261 | USA v. | <u>Christopher Schoen</u> |
| | MARVIN O'BRIAN MADDOX (1) | Ann Walsh, AFPD |
| | | |
| 2:18-470 | USA v. | <u>Christopher Schoen</u> |
| | SEAN DEANDRE MARTIN | Charles Cochran, AFPD |

| | | |
|---|---|---|
| 2:18-778 | USA v. | <u>Nathan Williams</u> |
| | ERIC MARTIN SCOTT, JR | Alicia Penn, AFPD |
| 2:18-779 | USA v. | <u>Nathan Williams</u> |
| | TODD VANNATTA | Michael O'Connell, Retained |
| 2:18-780 | USA v. | <u>Christopher Schoen</u> |
| | QUENTIN JOHN FISHBURNE | Peter Shahid, Jr., CJA |
| 2:18-1017 | USA v. | <u>Rhett DeHart</u> |
| | WENDELL WILKINS (1) | William Nixon, Jr., CJA |
| 2:18-1022 | USA v. | <u>Emily Limehouse</u> |
| | DAVID PAUL DEMPSEY (1) | Ann Walsh, AFPD |

| | | |
|---|---|---|
| 2:18-1024 | USA v. | Emily Limehouse |
| | ANTWINE LAMAR MATTHEWS | Leslie Sarji, CJA |
| | | |
| 2:19-60 | USA v. | Jamie Schoen |
| | GASPER RAMIREZ  (1) | David McCann, CJA |
| | FIDENCIO TREVINO (2) | G. Wells Dickson, Jr, CJA |
| | GREGORY ALLEN BONNIE (3) | Alicia Penn, AFPD |
| | THOMAS WAYNE WOLLAM (4) | Richard Buchanan, CJA |
| | LAUREN BLAND COOK (6) | Gregory Galvin, CJA |
| | AMY MICHELLE BURGIO (10) | Lauren Williams, CJA |
| | NIM BENNIE DUNN, III (11) | Pamela Polzin, CJA |
| | | |
| 2:19-348 | USA v. | Christopher Schoen |
| | ARNOLD DARNELL GIBBS | Charles Cochran, AFPD |
| | | |
| 2:19-349 | USA v. | Christopher Schoen |
| | REDANTE DETRIEST YOUNG | Ann Walsh, AFPD |

| | | |
|---|---|---|
| 2:19-442 | USA v. | Rhett DeHart |
| | RIGOBERTO VELSCO-TORRES (INTERPRETER-SPANISH) | Alicia Penn, AFPD |
| 2:19-443 | USA v. | Rhett DeHart |
| | ISRAEL AGUILAR-PEREZ (INTERPRETER-SPANISH) | Alicia Penn, AFPD |
| 2:19-543 | USA v. | Matt Austin |
| | EUGENIO QUINTANA CABRERA (INTERPRETER-SPANISH) | Alicia Penn, AFPD |
| 2:19-544 | USA v. | Matt Austin |
| | CAMERON J. BANKS | Scott Harvin, CJA |
| 2:19-545 | USA v. | Dean Secor |
| | ALEXANDER ISIDRO-LOPEZ (INTERPRETER-SPANISH) | Mark Devine, Retained |

| | | |
|---|---|---|
| 2:19-546 | USA v. | Nathan Williams |
| | MARQUINE ANTONIO BENBOW | Ann Walsh, AFPD |
| 9:19-341 | USA v. | Carra Henderson |
| | KEVIN MAURICE CHAPLIN | Cody Groeber, AFPD |
| 9:19-341 | USA v. | Carra Henderson |
| | KEVIN MAURICE CHAPLIN | Cody Groeber, AFPD |
| 9:19-440 | USA v. | Rhett DeHart |
| | VICTOR GARCIA-LOPEZ (INTERPRETER-SPANISH) | Alicia Penn, AFPD |
| 9:19-542 | USA v. | Carra Henderson |
| | ELI SCRUCTCHINS | Cody Groeber, AFPD |

# CRIMINAL  PRETRIALS
**AUGUST 22, 2019**
**10:00 AM**

### *DEFENDANTS on BOND*

2:18-255            USA v.                          Emily Limehouse

                   ANTWAUN HENDERSON               William Runyon, Jr., CJA

2:18-261            USA v.                          Christopher Schoen

                   CANDIS MACK (2)                 Cameron Blazer, CJA

2:18-597            USA v.                          Matt Austin

                   KIMBERLY WHITE-GRIMES           Charles M. Condon, Retained
                   (WAIVER)

2:18-780            USA v.                          Christopher Schoen

                   RENATA SHONTEL ELLISON (2)      Christopher Geel, Retained

2:18-781           USA v.                              Christopher Schoen

                   RAYMOND JARED SIMMONS               Rick Buchanan, CJA


2:18-935           USA v.                              Matt Austin

                   DEONTRA MONTAZE DENT                Cody Groeber, AFPD
                       (WAIVER)


2:18-1017          USA v.                              Rhett DeHart

                   LABEN McCOY (5)                     Elliott Barnwell, CJA


2:18-1024          USA v.                              Emily Limehouse

                   MALCOLM COOPER (2)                  Allen Mastantuno, CJA


2:19-60            USA v.                              Jamie Schoen

                   CHRISTINA GARRETT (5)               Allen Mastantuno, CJA
                       (WAIVER)

                   NATASHA JENINE BOWERS (7)           Ravi Sanyal, Retained

                   MARK ANDREW CROWLEY (8)             Thaddeus Doughty, CJA

9

| 2:19-243 | USA v. | Rhett DeHart |
| | TAVIS BOYD (2) | Donna Taylor, CJA |

| 2:19-351 | USA v. | Jamie Schoen |
| | MICHAEL PROVEAUX | Christopher Geel, CJA |
| | DEBRA GROOMS | Alicia Penn, CJA |

| 2:19-441 | USA v. | Nathan Williams |
| | AMIR GOLESTAN (1) | Bart Daniel, Retained |
| | MICFO LLC (2) | Bart Daniel, Retained |

| 9:18-596 | USA v. | Matt Austin |
| | CHRISTY KASTNER (WAIVER) | Charles Cochran, AFPD |

United States District Court for the District of South Carolina
The Honorable David C. Norton
United States District Judge
## Strikes for Cause
(Based on Responses to Court's Questionnaires)

**Case Name:**                                    **Case Number:**

| Juror # | Juror Name | Question # at Issue | Concern (if not self evident) | Parties Agree | Opposed By |
|---|---|---|---|---|---|
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |

Attorneys **must confer** and use this form to
**submit a joint list** of potential strikes for cause.

_____
Attorney for Plaintiff/Defendant

Date: _____
Charleston, South Carolina