IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 2:19-cr-00441-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF REQUEST FOR** |
| AMIR GOLESTAN and MICFO, LLC, | ) | **PROTECTION FROM COURT** |
| | ) | **APPEARANCE** |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

E. Bart Daniel, appearing for Defendants Amir Golestan and Micfo, LLC, hereby requests the Court grant him protection from Court appearances from August 30, 2021 through September 13, 2021. The request for the protection is based upon Mr. Daniel traveling for out-of-country vacation plans with his family.

        NELSON MULLINS RILEY & SCARBOROUGH LLP

        By: s/ E. BART DANIEL
           E. Bart Daniel
           Federal Bar No. 403
           E-Mail: bart.daniel@nelsonmullins.com
           151 Meeting Street / Sixth Floor
           Post Office Box 1806 (29402-1806)
           Charleston, SC  29401-2239
           (843) 853-5200

        *Counsel for Defendants Amir Golestan and Micfo, LLC*

Charleston, South Carolina

June 22, 2021