IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:19-cr-00441-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR WITHDRAWAL** |
| | ) | **OF ATTORNEY** |
| AMIR GOLESTAN and | ) | |
| MICFO, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants Amir Golestan and Micfo, LLC ("Golestan and Micfo") move the Court for an Order permitting Matthew W. Orville to withdraw as counsel for Golestan and Micfo, in accordance with Local Criminal Rule 83.I.07 (D.S.C.). The grounds for this motion are as follows:

1. Matthew W. Orville is no longer associated with the law firm of Nelson Mullins Riley & Scarborough LLP.

2. Golestan and Micfo have no objection to this withdrawal of one of the attorneys at Nelson Mullins Riley & Scarborough LLP, representing them in this matter.

3. Golestan and Micfo ask that this Court permit Attorney Orville to withdraw as one of its counsel, relieve him of any further responsibility to Golestan and Micfo in this matter, and direct removal of his name and former e-mail address with Nelson Mullins Riley & Scarborough LLP from the ECF directory for this matter.

4. E. Bart Daniel of Nelson Mullins Riley & Scarborough LLP and Andrew J. Savage, III of Savage Law Firm will continue to represent Golestan and Micfo in this matter.

5. Prior to filing this motion, the undersigned consulted with counsel for the other parties, who consented to the relief sought.

WHEREFORE, the undersigned counsel respectfully requests that this Court issue an Order permitting Matthew W. Orville to withdraw as Counsel for Golestan and Micfo, relieving him of any further obligation in this case, and removing his name and former e-mail address with Nelson Mullins Riley & Scarborough LLP from the ECF directory for this matter.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:   *s/E. BART DANIEL*
E. Bart Daniel
Federal ID No.: 403
151 Meeting Street, Suite 600
Charleston, South Carolina 29401
843-534-4123
843-722-8700
bart.daniel@nelsonmullins.com

-and-

SAVAGE LAW FIRM

Andrew J. Savage, III
Federal ID No.: 3734
15 Prioleau Street
Charleston, South Carolina 29401
(843) 720-7470
andy@savlaw.com

*Co-counsel for Amir Golestan & Micfo, LLC*

Charleston, South Carolina
June 23, 2021