✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF South Carolina

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Amir Golestan and Micfo, LLC | Case Number: 2:19-CR-00441-RMG |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Richard Gergel | AUSAs N. Williams and A. Bower | B. Daniel and C. Blazer |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Micfo first request from ARIN 8/19/11 - Sweeting |
| 2 | | | | | Summary chart of Micfo requests from ARIN, 2011 to 12/26/13 - Sweeting |
| 3 | | | | | Micfo request to ARIN 9/21/14 - Sweeting |
| 3a | | | | | Torabi justification - Sweeting |
| 3b | | | | | Chang justification - Sweeting |
| 3c | | | | | Tung justification - Sweeting |
| 3d | | | | | Tung service order - Sweeting |
| 3e | | | | | Buszewski service order - Sweeting |
| 3f | | | | | Torabi service order - Sweeting |
| 3g | | | | | Chang service order - Sweeting |
| 4 | | | | | Answer from Micfo v. Larkin et al - Sweeting |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | Contina 6/19/14 - Sweeting |
| 8 | | | | | Contina 9/8/2014 - Sweeting |
| 9 | | | | | Contina 12/19/2014 - Sweeting |
| 10 | | | | | Contina 2/19/2015 - Sweeting |
| 10a | | | | | Oppobox transfer to ST - Sweeting/Hazan |
| 11 | | | | | Contina 5/14/2015 - Sweeting |
| 12 | | | | | Contina 12/19/2016 - Sweeting (Count 10) |
| 12a | | | | | Transfer to Banhof - Sweeting/Brown |
| 13 | | | | | Telentia 10/8/14 - Sweeting |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___5___ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

United States of America vs. Amir Golestan and Micfo, LLC  
CASE NO. 2:19-CR-00441-RMG

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 14 | | | | | Telentia 12/24/2014 - Sweeting |
| 14a | | | | | Telentia transfer to CUBL - Sweeting/Hazan |
| 15 | | | | | |
| 16 | | | | | Telentia 6/12/2015 - Sweeting (Count 14) |
| 16a | | | | | Wook-Kwon certification 6/5/15- Sweeting (Count 13) |
| 17 | | | | | Telentia 2/21/2017 - Sweeting |
| 17a | | | | | Telentia transfer to ST - Sweeting/Hazan |
| 18 | | | | | Oppobox 12/23/14 - Sweeting |
| 19 | | | | | Oppobox 2/27/2015 - Sweeting |
| 19a | | | | | Oppobox transfer to TenCent - Sweeting/Hazan |
| 20 | | | | | Oppobox 5/14/2015 - Sweeting (Count 2) |
| 21 | | | | | Oppobox 3/3/2016 - Sweeting |
| 22 | | | | | Virtuzo 1/5/2015 - Sweeting |
| 23 | | | | | Virtuzo 3/17/2015 - Sweeting |
| 24 | | | | | Virtuzo 6/24/2015 - Sweeting (Count 8) |
| 25 | | | | | Roya 8/19/2014 - Sweeting |
| 26 | | | | | Roya 10/7/2014 - Sweeting |
| 27 | | | | | Roya 1/6/2015 - Sweeting |
| 28 | | | | | Roya 3/11/2015 - Sweeting |
| 29 | | | | | Roya 6/18/2015 - Sweeting (Count 6) |
| 30 | | | | | Hostaware 3/20/2015 - Sweeting |
| 31 | | | | | Hostaware 6/24/2015 - Sweeting (Count 4) |
| 32 | | | | | Cloudiac 5/11/15 - Sweeting (Count 16) |
| 33 | | | | | Cloudiac 12/28/2016 - Sweeting |
| 34 | | | | | Fiber Galaxy 2/21/17 - Sweeting (Count 12) |
| 35 | | | | | Host Bang 2/21/17 - Sweeting |
| 36 | | | | | Hyper VPN 2/21/17 - Sweeting (Count 18) |

Page  2  of  5  Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | vs. | Amir Golestan and Micfo, LLC | CASE NO. 2:19-CR-00441-RMG |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 37 | | | | | Contina 2/6/2014 - Sweeting |
| 38 | | | | | Contina 3/19/2014 - Sweeting |
| 39 | | | | | Telentia 3/7/2014 - Sweeting |
| 40 | | | | | Telentia 5/20/2014 - Sweeting |
| 41 | | | | | Telentia 7/10/2014 - Sweeting |
| 42 | | | | | Oppobox 2/19/2014 - Sweeting |
| 43 | | | | | Oppobox 4/17/2014 - Sweeting |
| 44 | | | | | Oppobox 6/23/2014 - Sweeting |
| 45 | | | | | Oppobox 9/26/2014 - Sweeting; (45(a) - Count 1 Oppobox Officer Attestation) |
| 46 | | | | | Virtuzo 3/28/2014 - Sweeting |
| 47 | | | | | Virtuzo 6/3/2014 - Sweeting |
| 48 | | | | | Virtuzo 7/17/2014 - Sweeting |
| 49 | | | | | Virtuzo 10/6/2014 - Sweeting |
| 50 | | | | | Roya 7/2/2014 - Sweeting |
| 50a | | | | | Roya Officer Attestation 6/30/14 - Sweeting (Count 5) |
| 51 | | | | | Hostaware 11/11/2014 - Sweeting |
| 52 | | | | | Hostaware 1/16/2015 - Sweeting |
| 53 | | | | | Hostaware 9/8/2017 - Sweeting |
| 54 | | | | | Cloudiac 1/5/2015 - Sweeting |
| 54a | | | | | Lampert Officer Attestation 12/29/14 - Sweeting (Count 15) |
| 55 | | | | | Cloudiac 3/6/2015 - Sweeting |
| 56 | | | | | Fiber Galaxy 6/15/2015 - Sweeting |
| 56a | | | | | RSA/Torabi Officer Attestation 5/26/15 - Sweeting (Count 11) |
| 57 | | | | | Host Bang 6/22/2015 - Sweeting (Count 20) |
| 57a | | | | | Ahmad Al Bandi Attestation 5/31/15 - Sweeting (Count 19) |
| 58 | | | | | HyperVPN 6/25/2015 - Sweeting |
| 58a | | | | | Buscewski Attestation 6/21/15 - Sweeting (Count 17) |

Page    3    of    5    Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | vs. | Amir Golestan and Micfo, LLC | CASE NO. 2:19-CR-00441-RMG |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 59 | | | | | Micfo request 8/6/12 - Sweeting |
| 59a | | | | | Chang justification - Sweeting |
| 60 | | | | | Micfo request 4/25/13 - Sweeting |
| 60a | | | | | Buszewski justification - Sweeting |
| 60b | | | | | Chang justification - Sweeting |
| 60c | | | | | Hsing / Chang justification - Sweeting |
| 61 | | | | | Micfo request 6/7/13 - Sweeting |
| 61a | | | | | Chang justification - Sweeting |
| 62 | | | | | Hilco – Golestan emails and contract - Hazan |
| 63 | | | | | Micfo 9/23/13 - Sweeting |
| 63a | | | | | Buszewski justification - Sweeting |
| 64 | | | | | Chang justification - Sweeting |
| 64a | | | | | Micfo 12/26/13 - Sweeting |
| 65 | | | | | Micfo 11/25/13 request - Sweeting |
| 65a | | | | | Buszewski justification - Sweeting |
| 65b | | | | | Chang justification - Sweeting |
| 66 | | | | | Micfo 12/26/13 - Sweeting |
| 66a | | | | | Buszewski justification - Sweeting |
| 66b | | | | | Chang justification - Sweeting |
| 66c | | | | | Wold justification - Sweeting |
| 67 | | | | | Roya 1/12/18 - Sweeting |
| 68 | | | | | NTTPC Transaction Documents - Brown |
| 69 | | | | | Banhof Transaction Documents - Brown |
| 70 | | | | | Saudi Telcom Transaction - Hazan |
| 71 | | | | | CUBL Transaction/Emails - Hazan |
| 72 | | | | | Completed TenCent Transaction - Burns/Stiff |
| 73 | | | | | Failed TenCent Transaction - Burns/Stiff |

Page  4  of  5  Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | vs. | Amir Golestan and Micfo, LLC | CASE NO. 2:19-CR-00441-RMG |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 74 | | | | | Micfo transfer to NTTPC - Sweeting/Brown |
| 75 | | | | | Micfo transfer to ST - Sweeting/Brown |
| 76 | | | | | Hostaware / Univera statement - 4/13/18 - Sweeting (Count 3) |
| 76a | | | | | Hostaware update ticket - Sweeting |
| 77 | | | | | Contina statement 7/14/17 - Sweeting (Count 9) |
| 77a | | | | | Contina request for service - Sweeting |
| 78 | | | | | Virtuzo statement 7/29/16 - Sweeting (Count 7) |
| 78a | | | | | Virtuzo update ticket - Sweeting |
| 79 | | | | | Amazon Documentation - Stiff |
| 80 | | | | | Cheval Documentation - Stiff |
| 81 | | | | | Roya statement - Sweeting |
| 82 | | | | | Sandra Brown emails |
| 83 | | | | | Virtuzo statement - Sweeting |
| 84 | | | | | Contina statement - Sweeting |
| 85 | | | | | Cloudiac statement - Sweeting |
| 86 | | | | | Oppobox press release - Sweeting |
| 87 | | | | | Telentia statement /site - Sweeting |
| 88 | | | | | ARIN Demands - Sweeting |
| 89 | | | | | Banda Emails - Banda |
| 90 | | | | | Website Page - Womble |
| 91 | | | | | G77 – Oppobox - Latham |
| 92 | | | | | G77 – Contina - Latham |
| 93 | | | | | Channel Partner Folder – Oppobox - Latham |
| 94 | | | | | Telentia Regus Invoices - Latham |
| 95 | | | | | Latham Texts |
| 96 | | | | | IPv4 CIDR Chart |
| 97 | | | | | Summary Excel Spreadsheet |

Page __5__ of __5__ Pages