## IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 2:19-CR-00441 |
| vs. | |
| **AMIR GOLESTAN** | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

It appears that criminal charges have been filed against the defendant in the above entitled case. It further appears that the defendant, **AMIR GOLESTAN**, is presently incarcerated at the Al Cannon Detention Center. It is therefore

ORDERED that the Warden, or their authorized representative, deliver **AMIR GOLESTAN**, to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

s/Richard M. Gergel
RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE

July 21, 2022

ON MOTION OF:

COREY F. ELLIS
UNITED STATES ATTORNEY

BY:   s/Amy F. Bower
      Amy F. Bower (#11784)
      Assistant United States Attorney
      151 Meeting Street, Suite 200
      Charleston, SC 29401
      Telephone: (843) 266-1600
      Email Address: amy.bower@usdoj.gov