# EXHIBIT 2

Jahangir Golestan
26270 Summerhill Lane,
Laguna Hills, CA 92653
(949)422-0249

July 26th, 2022

Dear Judge Gergel,

I'd first like to thank you for giving me this opportunity to express my thoughts about my beloved nephew, Amir Golestan.
    I've been married for 32 years and have two children, and my passion is making humanitarian documentary films. Several years ago, when I was on the fence as to whether or not I would make a documentary about homeless people in Northern California—it was Amir who tipped me over the edge with his heartfelt encouragement and support. In the process, my heart opened in compassion, and I truly owe this experience to Amir. As someone who's traveled the world, he is one of the most generous, open-minded, and respectful people I know—truly honoring of other's religions and cultures.
    Amir is the most loving father I've ever witnessed. He's not just caring and kind toward his own kids, but he treats all the children in the family and in his community with the same love he gives to his own kids. In fact, several years ago, my daughter, Arabella, had tragic brain accident, and I'll never forget how gentle and attentive he was with her. I can honestly say, after watching the respectful and healing way he treated my daughter, I've become a more present and loving father. It breaks my heart to think about how terribly his beautiful children, Sky and Fiord, miss him.
    One thing I'll never forget about Amir, is when he told me to never judge people —but to be kind to them, as you never know what they might be going through.
We are all affected by the behavior of those around us—especially those we hold most dear. I know I would not be the good and loving person I am today if it weren't for Amir. His love, generosity, and presence is contagious…in the best way possible.
    I thank you, again, Judge Gergel, for giving me the opportunity to share with you my reflections on my loving nephew. I hope you'll take my heartfelt words into consideration when evaluating the character of Amir.

Sincerely,
Jahangir Golestan
949-422-0249